IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EUGENE WATERS, )
)
    Petitioner, )
)
v. ) CASE NO. CV419-089
)
NATHAN BROOKS, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 10.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Respondent Brooks's Motion to Dismiss (Doc. 8) is **GRANTED** and Petitioner's 28 U.S.C. § 2254 petition is **DISMISSED** as untimely. In addition, Petitioner is not entitled to a Certificate of Appealability ("COA"), rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21st day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA